IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARK,

Plaintiff,

v.

United States Forest Service,

Defendant

No. CV 04-356-MO

ORDER

**MOSMAN, J.,**

As stated on the record at the April 18, 2005, hearing before this court, defendant's motion for a stay of proceedings (#24) is GRANTED and this action is STAYED. Plaintiff's motion for summary judgment (#15) is DENIED with leave to re-file as appropriate following lifting of the stay.

During the pendency of the stay, defendant shall not authorize or undertake any ground-disturbing activities to implement the Slinky Timber Sale including, but not limited to: the auction or award of any portion of the sale; any logging, road building, or road reconstruction relating to the sale; or any site preparation for logging, road building, or road reconstruction related to the sale.

The court will schedule a status conference in 90 days and at regular intervals thereafter. Defendant is ordered to notify this court by letter when consultation is completed.

IT IS SO ORDERED.

DATED this  26th  day of April, 2005.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge